UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60829-CIV-DIMITROULEAS

GENE THROWER,

    Plaintiff,

vs.

ABSOLUTE HEALTH AGENTS, LLC,

    Defendant.

_____/

### ORDER ON NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal [DE 16], filed on July 16, 2024. The Court has carefully reviewed the Notice [DE 16] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 16] is **APPROVED**; and

2. Defendant Absolute Health Agents, LLC is hereby **DISMISSED WITHOUT PREJUDICE**.

3. There being no remaining Defendants, the Clerk is directed to **CLOSE** this case and **DENY** as moot any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of July, 2024.

Copies furnished to:

Counsel of Record

WILLIAM P. DIMITROULEAS
United States District Judge